# Emergency Request for Video Footage

**I.** Footage of the attack on 01/11/25. at Jail

A) All body cam footage and unit 23 surviellance footage of Kevin Lujan attacking Tory Hammond on 01/11/25.

B) All body cam footage and unit 23 surviellance footage and any other video footage pertaining to interactions between Tory Hammond and medical personnel from 01/11/25 to 01/20/25.

**II.** Video footage of the second attack at the Weld County Courthouse on 01/13/25

A) All body cam footage and video surviellance of the holding area at Weld County Courthouse on 01/13/25.

B) All body cam footage of any and all responding officers on 01/13/25.

C) All parking structure surviellance from before the attack on 01/13/25 until I left the court premises.

D) All body cam footage from the time I am being transported from the courthouse to the time I was back inside the county jail, as well as transport vehicle footage, 01/13/25.

E) Any and all body cam footage or surviellance footage taken after my arrival at the county

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2025

JEFFREY P. COLWELL
CLERK

1 of 2

JAIL, THAT PERTAINS TO THE INCIDENT, OR OF ANY DISCUSSIONS INVOLVING THE INCIDENT.

RESPECTFULLY SUBMITTED,

TORY HAMMOND
WELD COUNTY JAIL
2110 "O" ST.
GREELEY, CO 80631

2 OF 2

Dear Clerk of the Court,

My name is Tory Hammond (D.O.B. 03/31/85). I am currently detained in Weld County Jail, and unable to write due to a broken hand. I have a fellow inmate physically writing this for me.

I am notifying you for a few reasons:

1) I am attempting to file a civil suit involving Weld County Jail and medical personnel.

2) I need the correct instructions, forms, and deadlines to file a civil suit involving Weld County Jail and medical personnel.

3) I would like to get a case number and reserve my right to file a claim without violating any of the timeframes.

I respectfully request that the court consider the following facts, as I am requesting court appointed legal representation:

A) 1. I have attempted to file a law suit before and was unsuccessful, due to my inability to comprehend the laws and legal procedures, and could not conduct a proper investigation, while incarcerated.

2. My writing hand is broken and in a cast.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2025

JEFFREY P. COLWELL
CLERK

1 of 2

I AM UNABLE TO FILL OUT OR FILE MY OWN DOC-
UMENTS, AS I AM CURRENTLY INCARCERATED.

B) 1. THERE ARE MULTIPLE ISSUES THAT ARE VERY
COMPLEX AND COMPLICATED.

2. MEDICAL RECORDS, CAMERA FOOTAGE, BODY CAM
FOOTAGE, COURT, JAIL, HOSPITAL, TRANSPORTATION,
MULTIPLE OFFICERS, MEDICAL PERSONNEL,
WITNESSES, AND REPORTS.

C) 1. I NEED TO RECOVER VIDEO FOOTAGE, STATE-
MENTS, REPORTS, ETC. THAT I AM UNABLE
TO OBTAIN. DUE TO MY INCARCERATION, I
CANNOT PROPERLY CONDUCT AN INVESTIGATION.

D) 1. CROSS EXAMINATION WILL BE NECESSARY TO
DETERMINE THE CREDIBILITY OF STATEMENTS
MADE BY INMATES, OFFICERS, AND MEDICAL
PERSONNEL.

E) 1. I FEEL I MAY NEED MULTIPLE EXPERTS FOR
DIFFERENT ASPECTS OF THIS COMPLAINT.

F) 1. I CANNOT CURRENTLY AFFORD LEGAL REP-
RESENTATION, AS I HAVE BEEN INCARCERATED
FOR OVER THREE YEARS AND I AM STILL IN
CUSTODY.

G) 1. SEE ATTACHED DOCUMENT FOR EMERGENCY
RECOVERY OF VIDEO FOOTAGE, BEFORE IT IS
LOST.

2 OF 2



Inmate Name Tory Hammond #N98124
Weld County Jail
2110 O Street
Greeley, CO 80631

LEGAL

ATTN: Clerk's Office

Alfred A. Arraj U.S. Courthouse Room A-105

901 19th Street

Denver, Colorado 80294-3589

DENVER CO 802
11 MAR 2025 PM 6 L

US POSTAGE~PITNEY BOWES
ZIP 80631 $ 000.69⁰
02 4W
0000335769 MAR 11 2025

80294-250099